FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 APR 21  P 1: 15    CC

CAROL L. MICHEL

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR VIOLATION
OF THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-72** |
| v. | * | SECTION: **SECT. D MAG. 4** |
| SEAN COBB<br>a/k/a "Sean Hill" | * | VIOLATIONS: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| | * | |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about February 28, 2023, in the Eastern District of Louisiana, the defendant, **SEAN COBB, a/k/a "Sean Hill,"** knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: an August 4, 1997 conviction in Orleans Parish Criminal District Court, Case Number 389848, for distribution of marijuana, in violation of Louisiana Revised Statute 40:966(A)(2); an April 10, 2014 conviction in Cook County Circuit Court, Case Number 2013CR126980, for aggravated domestic battery, in violation of 720 ILCS 5.0/12-3.3-A; and a September 20, 2018 conviction in Cook County Circuit Court, Case Number

```
___Fee_____
___Process_____
 X  Dktd_____
___CtRmDep_____
___Doc.No._____
```

2018CR013650 for robbery, in violation of 720 ILCS 5.0/18-1-A, did knowingly possess a firearm, to wit: a Taurus, G2C, 9mm semi-automatic handgun, bearing serial number TMA15410, said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **SEAN COBB, a/k/a "Sean Hill,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> Taurus, G2C, 9mm semi-automatic handgun, bearing serial number TMA15410.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
April 21, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

_____ Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**SEAN COBB**
a/k/a "Sean Hill"

## INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

**VIOLATION:** 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

_A true bill_

_____
_Foreperson_

_Filed in open court this _____ day of _____ A.D._

2023.

_____
_Clerk_

Bail, $ _____

_____
DAVID HALLER
Assistant United States Attorney